United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kenneth M Diamond  
Nancy Diamond  
       Debtors

Case No. 19-10891-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Aug 13, 2019  
                     Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.  
14312840        DITECH FINANCIAL LLC,    PO BOX 12740,    TEMPE, AZ 85284-0046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2019 at the address(es) listed below:  
       BRAD J. SADEK    on behalf of Debtor Kenneth M Diamond brad@sadeklaw.com, bradsadek@gmail.com  
       BRAD J. SADEK    on behalf of Joint Debtor Nancy Diamond brad@sadeklaw.com, bradsadek@gmail.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-10891-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Kenneth M Diamond
804 8th Avenue
Folsom PA 19033

Nancy Diamond
804 8th Avenue
Folsom PA 19033

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/12/2019.

Name and Address of Alleged Transferor(s):

Claim No. 15: DITECH FINANCIAL LLC, PO BOX 12740, TEMPE, AZ 85284-0046

Name and Address of Transferee:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC  29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/15/19

Tim McGrath
**CLERK OF THE COURT**