# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10891-AMC

KENNETH M DIAMOND
NANCY DIAMOND
804 8TH AVENUE

FOLSOM, PA 19033

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KENNETH M DIAMOND
    NANCY DIAMOND
    804 8TH AVENUE

    FOLSOM, PA 19033

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

/S/ William C. Miller

Date: 12/10/2019

William C. Miller, Esquire
Chapter 13 Standing Trustee