United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-10891-amc
Kenneth M Diamond                                               Chapter 13
Nancy Diamond
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: YvetteWD          Page 1 of 2            Date Rcvd: Feb 11, 2020
                            Form ID: pdf900         Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
```
db/jdb         +Kenneth M Diamond,    Nancy Diamond,    804 8th Avenue,    Folsom, PA 19033-1107
cr             +DITECH FINANCIAL LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
cr              NewRez LLC DBA Shellpoint Mortgage Servicing,     P.O. Box 10826,    Greenville, SC  29603-0826
14289310       +Acar Leasing LTD,    dba GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
14272571       +Barclays Bank Delaware,    Attn: Correspondence,     Po Box 8801,    Wilmington, DE 19899-8801
14296123        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14312840        DITECH FINANCIAL LLC,    PO BOX 12740,    TEMPE, AZ 85284-0046
14362244       +Ditech Financial LLC,    c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14272575       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14272576       +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14272578       +KML Law Group P.C.,    Suite 5000- BNY Independance Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14272580       +Mercury/FBT,    Attn: Bankruptcy,    Po Box 84064,    Columbus, GA 31908-4064
14371758        New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC  29603-0826
14302381       +RAS CITRON, LLC,    BANKRUPTCY DEPARTMENT,    130 CLINTON ROAD, SUITE 202,
                 FAIRFIELD, NJ 07004-2927
14280613       +TD Bank, N.A.,    c/o Martin A. Mooney, Esquire,    950 New Loudon Road, Suite 109,
                 Latham, NY 12110-2190
14272583       +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
14272585       +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Feb 12 2020 02:55:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 12 2020 02:55:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 12 2020 02:55:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14272570       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 12 2020 02:54:47
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
14272572       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 12 2020 02:54:51     Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14272573       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 12 2020 02:54:51     Comenitycapital/boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14272574       +E-mail/Text: bankruptcy.bnc@ditech.com Feb 12 2020 02:54:47     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
14287620       +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 12 2020 02:55:07
                 First Financial Investment Fund Holdings, Llc,    Jefferson Capital Systems LLC Assignee,
                 Po Box 7999,    Saint Cloud Mn 56302-7999
14272577       +E-mail/Text: cio.bncmail@irs.gov Feb 12 2020 02:54:47     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
14272579       +E-mail/Text: bncnotices@becket-lee.com Feb 12 2020 02:54:46     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14285666        E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 12 2020 03:01:12     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14272581       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 12 2020 03:00:44
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
14308283        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 12 2020 03:00:44
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14286167       +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 12 2020 02:55:07     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14308524        E-mail/Text: bnc-quantum@quantum3group.com Feb 12 2020 02:54:54
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14308525        E-mail/Text: bnc-quantum@quantum3group.com Feb 12 2020 02:54:54
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14273756       +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2020 03:01:11     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14275351       +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2020 03:00:56     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14272582       +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2020 03:01:11     Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14272584        E-mail/Text: bankruptcy@td.com Feb 12 2020 02:55:05     TD Bank, N.A.,    32 Chestnut Street,
                 Po Box 1377,    Lewiston, ME 04243
14310699       +E-mail/Text: bncmail@w-legal.com Feb 12 2020 02:55:06     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14272586       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 12 2020 02:53:49
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
```

```
District/off: 0313-2           User: YvetteWD              Page 2 of 2                  Date Rcvd: Feb 11, 2020
                               Form ID: pdf900             Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

TOTAL: 22

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC  29603-0826
cr*         +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:

```
              BRAD J. SADEK    on behalf of Debtor Kenneth M Diamond brad@sadeklaw.com,    bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Joint Debtor Nancy  Diamond brad@sadeklaw.com,    bradsadek@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                              TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KENNETH M DIAMOND<br>NANCY  DIAMOND | Chapter 13 |
| Debtor | Bankruptcy No. 19-10891-AMC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: February 11, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
KENNETH M DIAMOND
NANCY  DIAMOND
804 8TH AVENUE

FOLSOM, PA 19033