UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Kenneth M. Diamond
Nancy Diamond

    Debtor.

Chapter 13

Bankruptcy No. 19-10891AMC

## ORDER

**AND NOW,** this 13th day of February, 2020, it is hereby **ORDERED** that the February 11, 2020 Order Dismissing Debtor's case is hereby **VACATED** and Debtor's case is hereby reinstated.

_____
Ashely M. Chan
United States Bankruptcy Judge