UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Kenneth Diamond | : | Case No.: 19-10891(ELF) |
|    Nancy Diamond | : | |
| | : | |
|    Debtor(s) | : | Chapter 13 |

# O R D E R

**AND NOW**, upon consideration of the Motion to Sell Real Property under Section 363 of the Bankruptcy Code ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on __February 2, 2021__, at __1:00 p.m.__, **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the case Trustee, the individual Respondent(s) (if any), all secured creditors and all priority creditors by first class mail or e-mail transmission **no later than 5:00 p.m. on January 25, 2020**.

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: __1/22/21__

**ERIC L. FRANK**
**BANKRUPTCY JUDGE**