# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Kenneth Diamond | : | Case No.: 19-10891(ELF) |
|     Nancy Diamond | : | |
| | : | |
|     Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtor's Order Granting an Expidited Hearing in the Motion to Sell Property Free and Clear of Liens was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**William C. Miller, Esq.**
Standing Chapter 13 Trustee

**Laurie Komorowski, Buyers' Agent**
laurie@theaffinityteam.com

**Holly Mahoney, Seller's Realtor**
Hollym803@gmail.com

**New Residential Mortgage LLC**
Julian Cotton
 ("Authorized Agent for Creditor")
bkcrm@padgettlawgroup.com

**Rebbeca Solarz, Esq.**
(Counsel for Mortgagee)
rsolarz@kmllawgroup.com

Dated: January 22, 2021

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
Sadek and Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107