United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 19-10891-elf

Kenneth M Diamond                                                                          Chapter 13

Nancy Diamond

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 22, 2021 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth M Diamond, Nancy Diamond, 804 8th Avenue, Folsom, PA 19033-1107 |
| cr | + | DITECH FINANCIAL LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2021 03:43:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2021                                   Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |
| | on behalf of Joint Debtor Nancy Diamond brad@sadeklaw.com |
| | bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |

District/off: 0313-2                                   User: admin                                      Page 2 of 2
Date Rcvd: Jan 22, 2021                               Form ID: pdf900                                 Total Noticed: 5

BRAD J. SADEK
                          on behalf of Debtor Kenneth M Diamond brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

REBECCA ANN SOLARZ
                          on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                          ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 5

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Kenneth Diamond | : | Case No.: 19-10891(ELF) |
|    Nancy Diamond | : | |
| | : | |
|    Debtor(s) | : | Chapter 13 |

## **O R D E R**

**AND NOW**, upon consideration of the Motion to Sell Real Property under Section 363 of the Bankruptcy Code ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1.  The request for an expedited hearing is **GRANTED**.

2.  A hearing to consider the Motion shall be and hereby is scheduled on <u>February 2, 2021</u>, at <u>1:00 p.m.</u>, **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107.**

3.  Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4.  The Movant shall serve the Motion and this Order on the case Trustee, the individual Respondent(s) (if any), all secured creditors and all priority creditors by first class mail or e-mail transmission **no later than 5:00 p.m. on January 25, 2020.**

5.  The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date:** <u>1/22/21</u>

_____
**ERIC L. FRANK**
**BANKRUPTCY JUDGE**