United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-10891-elf

Kenneth M Diamond    Chapter 13

Nancy Diamond

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 18, 2021 | Form ID: 138NEW | Total Noticed: 39 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth M Diamond, Nancy Diamond, 804 8th Avenue, Folsom, PA 19033-1107 |
| cr | + | DITECH FINANCIAL LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14289310 | + | Acar Leasing LTD, dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14272571 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14296123 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14312840 | # | DITECH FINANCIAL LLC, PO BOX 12740, TEMPE, AZ 85284-0046 |
| 14272574 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14362244 | + | Ditech Financial LLC, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14272575 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14272576 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14272578 | + | KML Law Group P.C., Suite 5000- BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14272580 | + | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14371758 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14302381 | + | RAS CITRON, LLC, BANKRUPTCY DEPARTMENT, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 14280613 | + | TD Bank, N.A., c/o Martin A. Mooney, Esquire, 950 New Loudon Road, Suite 109, Latham, NY 12110-2190 |
| 14272583 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14272585 | + | TekCollect Inc, Po Box 1269, Columbus, OH 43216-1269 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 19 2021 03:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 19 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 19 2021 03:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14272570 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 19 2021 03:33:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14272572 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 19 2021 03:33:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14272573 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 19 2021 03:33:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14287620 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2021 03:33:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 18, 2021 | Form ID: 138NEW | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14272577 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2021 03:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14272579 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 19 2021 03:33:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14285666 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2021 02:53:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14272581 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2021 02:35:17 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14308283 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 19 2021 02:44:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14286167 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2021 03:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14308524 | | Email/Text: bnc-quantum@quantum3group.com | Feb 19 2021 03:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14308525 | | Email/Text: bnc-quantum@quantum3group.com | Feb 19 2021 03:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14275351 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 19 2021 02:35:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14273756 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 19 2021 02:35:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14272582 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 19 2021 02:35:11 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14272584 | | Email/Text: bankruptcy@td.com | Feb 19 2021 03:33:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 14310699 | + | Email/Text: bncmail@w-legal.com | Feb 19 2021 03:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14272586 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 19 2021 03:33:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 18, 2021 | Form ID: 138NEW | Total Noticed: 39 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Kenneth M Diamond brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Joint Debtor Nancy Diamond brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Kenneth M Diamond and Nancy Diamond

      Debtor(s)                Bankruptcy No: 19−10891−elf

                                        Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                          Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                 For The Court
                                                     Timothy B. McGrath
                                                        Clerk of Court

Dated: 2/18/21

                                                                                                     59 − 58
                                                                                                  Form 138_new