United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-10891-elf

Kenneth M Diamond  Chapter 13

Nancy Diamond

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2021 | Form ID: 206 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth M Diamond, 804 8th Avenue, Folsom, PA 19033-1107 |
| jdb | #+ | Nancy Diamond, 804 8th Avenue, Folsom, PA 19033-1107 |
| cr | + | DITECH FINANCIAL LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14272571 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14296123 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14272574 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14362244 | + | Ditech Financial LLC, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14272575 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14272576 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14272578 | + | KML Law Group P.C., Suite 5000- BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14272580 | + | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14371758 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14302381 | + | RAS CITRON, LLC, BANKRUPTCY DEPARTMENT, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 14280613 | + | TD Bank, N.A., c/o Martin A. Mooney, Esquire, 950 New Loudon Road, Suite 109, Latham, NY 12110-2190 |
| 14272583 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14272585 | + | TekCollect Inc, Po Box 1269, Columbus, OH 43216-1269 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 21 2021 02:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2021 02:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 21 2021 02:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14289310 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 21 2021 02:27:00 | Acar Leasing LTD, dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14272570 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 21 2021 02:27:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14272572 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2021 02:27:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14272573 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

District/off: 0313-2　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 2 of 3
Date Rcvd: May 20, 2021　　　　　　　　　　　　Form ID: 206　　　　　　　　　　　　Total Noticed: 39

|  |  |  | May 21 2021 02:27:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
|---|---|---|---|---|
| 14287620 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 21 2021 02:27:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14272577 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 21 2021 02:27:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14272579 | + | Email/Text: PBNCNotifications@peritusservices.com | May 21 2021 02:27:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14285666 |  | Email/PDF: MerrickBKNotifications@Resurgent.com | May 21 2021 02:02:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14272581 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 21 2021 02:05:48 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14308283 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2021 02:02:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14286167 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 21 2021 02:27:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14308524 |  | Email/Text: bnc-quantum@quantum3group.com | May 21 2021 02:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14308525 |  | Email/Text: bnc-quantum@quantum3group.com | May 21 2021 02:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14275351 | + | Email/PDF: gecsedi@recoverycorp.com | May 21 2021 02:05:47 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14273756 | + | Email/PDF: gecsedi@recoverycorp.com | May 21 2021 02:05:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14272582 | + | Email/PDF: gecsedi@recoverycorp.com | May 21 2021 02:03:53 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14272584 |  | Email/Text: bankruptcy@td.com | May 21 2021 02:27:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 14310699 | + | Email/Text: bncmail@w-legal.com | May 21 2021 02:27:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14272586 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 21 2021 02:27:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14312840 | ## | DITECH FINANCIAL LLC, PO BOX 12740, TEMPE, AZ 85284-0046 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 20, 2021 | Form ID: 206 | Total Noticed: 39 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2021                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Kenneth M Diamond brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Joint Debtor Nancy Diamond brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Kenneth M Diamond and Nancy Diamond                                    Case No: 19−10891−elf

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑  Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑  Debtor has not certified that all domestic support obligations due have been paid.

                                                                              For The Court

Dated: 5/20/21                                                         Timothy B. McGrath
                                                                             Clerk of Court